## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE
_____

**MARK W. GANTT**

    vs.                          **CASE NUMBER: 5:10-CV-1526**
                                                      (NAM/GHL)

**DESMOND J. RACICOT, Chief of Police;**
**R.M. JOHNSON, Record's Access Officer;**
**and M.A. BEAR, Captain - City Police**
_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Complaint filed by Plaintiff Mark W. Gantt on December 17, 2010 is DISMISSED without prejudice.

All of the above pursuant to the Order of the Honorable Chief District Judge Norman A. Mordue, dated the 7th day of February, 2011.

DATED: February 7, 2011

*[signature]*
Clerk of Court

                                            s/ Melissa Ennis
                                            Melissa Ennis
                                            Deputy Clerk